**FILED**
*May 27, 2015*
**Third Court of Appeals**
**Jeffrey D. Kyle**
**Clerk**

**03-15-00319-CV**

TRIAL COURT CASE NO. __C-1-CV-14-007906_____

§          IN THE COUNTY COURT
§
§       ____1___ COUNTY, TEXAS
§
§

## COUNTY CLERK'S INFORMATION SHEET

THE FOLLOWING INFROMATION HAS BEEN COMPILED BY THE COUNTY CLERKS OFFICE:

Date of order appealed: __April 27, 2015_____

Type of Order (Interlocutory or Final) _____Final_____

Date Motion for New Trial Filed:____May 7, 2015_____

Request for Findings of Fact and Conclusions of Law filed: _____

Date Notice of Appeal Filed: _____May 26, 2015_____

Name of judge who entered judgment:_____Todd T. Wong_____

Name of court reporter:_____Cathy Mata_____

     Address of court reporter:_____1000 Guadalupe, Austin, Texas 78701_____

Name of attorney on appeal: _Pro Se_____SB#:_____

     Attorney Address:__7101 N IH 35 Apt. # 133, Austin, Texas 78752_____

     Attorney E-Mail Address: ___N/A_____

     Attorney on appeal (check applicable box):

       ☐ appointed       ☐ retained      ●Pro Se

Name of Appellee's Attorney:___Pro Se_____SB#_____

     Attorney Address:__P. O. Box 143537 Austin, Texas 78714_____

     Attorney E-Mail Address:_____

**Send Information Sheet, Notice of Appeal and Motion for New Trial (if filed) to:**

Third Court of Appeals (E-Mail Copy in PDF format to: 3rdClerksAndReporters@txcourts.gov)

Court Reporter: _____E-Mail    _____Hand Delivery    _____Mail

On_____    By:_____(clerk's initials)

CAUSE NO. C-1-CV-14-007906

DAVID RAETZSCH,                    § COUNTY COURT AT LAW
        Appellant, pro se          § NO. 1, TRAVIS COUNTY,
Vs                                 § "STATE OF TEXAS"
BARBARA LOVINGS HORTON,
        Defendant                  §

## NOTICE OF APPEAL

TO THE HONORABLE TODD T. WONG, JUDGE OF THIS
COURT OF LAW:

HONORABLE TODD T. WONG, JUDGE the HONORABLE
ERIC M. SHEPPARD removed himself, recused hisself
from this case, as he is biased and prejudice to
the case at bar.

The Court Coordinator or Court Clerk has confused
the Appellant and possibly Your Honor. As Appellant
a layman at law in this County Court At Law, No. 1,
Cause No. C-1-CV-14-007906. Also in Justice of the Peace
Precinct Five, Judge Herb Evans, Judment Cause No.
J5-CV-14-235831 that was not lawfully appealed.
As no "Notice of Appeal" was given in that case.
Appellant had only asked that judgement to be
enforced.

Case # C-1-CV-14-007906

FILED FOR RECORD
2015 MAY 26 PM 2:24
DANA DEBEAUVOIR
COUNTY CLERK
TRAVIS COUNTY TEXAS

Notice of Appeal  1. of 3.

Comes now, David Raetzsch, Appellant a layman at law, with effort to straighten the cases out. Judgement Cause No. J5-CV-14-233595, Justice of Peace, Precinct Five, Judge Herb Evans, was in fact on appeal. See "Notice of Appeal" submitted by David Raetzsch, Appellant, not Barbara Lovings Horton. Also see "Brief For The County Court No. 1" filed on or about March 31, 2015.

The Honorable Todd T. Wong, Judge nor the Court brought up the brief, written brief, or ruled on it. Prejudice inflickted.

I. "NOTICE OF APPEAL"

David Raetzsch, Appellant pro se now gives "Notice of Appeal" on Judgement Cause No. C-1-CV-14-007906, County Court At Law, No. 1, Judge Todd T. Wong.

In good faith and for good cause Appellant Appeals and will cite Texas Constitutional grounds. Even jurisdictional grounds.

Appellant is a pauper to poor to hire an attorney or pay for a "Full Record On Appeal."

Appellant moves the Court to order the Court Reporter, transcribe the record for appeal. Appellant will submit a seperate motion for access to the "Full Record For Appeal."

NOTICE OF APPEAL    2. of 3.

The Texas Constitution and the United States Constitution, 14th Amendment grant Appellant the right of Appeal. Notice of Appeal is hereby given.

Respectfully Submitted,

David Raetesch                    5-18-15

David Raetesch

CC: (1) file D/R

(1) Clerk of Court - Please File
And Submit to Judge

(1) Barbara Lovings Horton, Defendant

7101 N. IH 35, Apt. 133
Austin, Texas 78752

"CERTIFICATE OF SERVICE"

On or about May 18, 2015 I, David Raetesch, did mail by US Mail, 1st Class Postage prepaid, 1 copy of this "Notice of Appeal" 3 pages, to Barbara Lovings Horton, Defendant, 111 W. Anderson Lane Ste 349, P.O. Box 143537, Austin, Tx. 78714-3537, Signed this 18th day of May, 2015

NOTICE OF APPEAL     3, of 3.

CAUSE NO.

CAUSE NO. J5-CV-14-233595

APPEAL CAUSE NO. C-1-CV-14-007906

DAVID RAETZSCH,          X   COUNTY COURT AT LAW NO. 1

     Appellant pro se   x   TRAVIS COUNTY COURTHOUSE

Vs                       X  "STATE OF TEXAS"

BARBARA LOVINGS HORTON,  X   AUSTIN, TEXAS

     Defendant pro se   x

## MOTION FOR NEW TRIAL OR HEARING

TO THE HONORABLE TODD T. WONG, JUDGE COUNTY COURT AT LAW NO. 1:

COMES NOW, David Raetzsch, pro se, a layman at law and pursuant to Rule 3, Texas Rules of Civil Procedure and Rule 329 b (h) of the Rules of Civil Procedure does this motion operate to postpone the commencement of the appellate time table?

Texas Rule of Civil Procedure 165 a (3) states any motion to possibly extend any time must state facts reasonably.

## I. TWO CIVIL SUITS

There are two distinctly different civil suits filed in the Justice of the Peace Precinct 5 Court, Judge Herb Evans.

Two judgements (1) Cause No. J5-CV-14-233595 and (2) Cause No. J5-CV-14-235831.

MOTION              1. of 3.


Case # C-1-CV-14-007906

## II. MISUNDERSTANDING

David Raetzsch, Appellant pro se, is the only one that filed "notice of appeal" that had been granted on Cause No. J5-CV-14-233595.

No notice was filed on time and no appeal was granted on Cause No. J5-CV-14-235831.

The Court has no jurisdiction to appeal judgement J5-CV-14-235831, or change it in any form or fashion.

Cause No. J5-CV-14-235831 is a seperate civil suit and ruled on by a District Court Judge standing in for the Honorable Judge Herb Evans.

## PRAYER

Wherefore premises considered, David Raetzsch, Appellant pro se, the forefathers of the State of Texas who wrote the constitution of this State, plea in good faith and for good cause, that you your Honor write a written ruling on this motion in the ends of justice.

Respectfully,

x _David Raetzsch_

David Raetzsch

Appellant pro se

## Certificate of Service

I, David Raetzsch, Appellant pro se, sent one (1) copy of this "Motion For New Trial or Hearing" to Barbara Lovings Horton,
Loving Care Homes Ministry
P.O. Box 143537
Austin, Tx. 78714-3537

Postage pre paid, 1st class, U.S. Mail on May 1, 2015.

David Raetzsch

CAUSE NO.

CAUSE NO. J5-CV-14-233595

APPEAL CAUSE NO. C-1-CV-14-007906

DAVID RAETZSCH, X COUNTY COURT AT LAW NO. 1

  Appellant pro se X TRAVIS COUNTY COURTHOUSE

Vs        X "STATE OF TEXAS"

BARBARA LOVINGS HORTON, X AUSTIN, TEXAS

  Defendant pro se X

## MOTION FOR NEW TRIAL OR HEARING

TO THE HONORABLE TODD T. WONG, JUDGE COUNTY COURT AT LAW NO. 1:

 COMES NOW, David Raetzsch, pro se, a layman at law and pursuant to <u>Rule 3, Texas Rules of Civil Procedure and Rule 329 b (h) of the Rules of Civil Procedure</u> does this motion operate to postpone the commencement of the appellate time table?

 <u>Texas Rule of Civil Procedure 165 a (3)</u> states any motion to possibly extend any time must state facts reasonably.


## I. TWO CIVIL SUITS

 There are two distinctly different civil suits filed in the <u>Justice of the Peace Precinct 5 Court, Judge Herb Evans.</u>

 Two judgements (1) <u>Cause No. J5-CV-14-233595</u> and (2) <u>Cause No. J5-CV-14-235831.</u>


MOTION   1. of 3.

## II. MISUNDERSTANDING

David Raetzsch, Appellant pro se, is the only one that filed "notice of appeal" that had been granted on Cause No. J5-CV-14-233595.

No notice was filed on time and no appeal was granted on Cause No. J5-CV-14-235831.

The Court has no jurisdiction to appeal judgement J5-CV-14-235831, or change it in any form or fashion.

Cause No. J5-CV-14-235831 is a seperate civil suit and ruled on by a District Court Judge standing in for the Honorable Judge Herb Evans.

## PRAYER

Wherefore premises considered, David Raetzsch, Appellant pro se, the forefathers of the State of Tex who wrote the constitution of this State, plea in good faith and for good cause, that you your Honor write a written ruling on this motion in the ends of justice.

Respectfully,

X _____

David Raetzsch

Appellant pro se

## Certificate of Service

I, David Raetzsch, Appellant pro se, sent one (1) copy of this "Motion For New Trial or Hearing" to Barbara Lovings Horton,
Loving Care Homes Ministry
P.O. Box 143537
Austin, Tx. 78714-3537

Postage pre paid, 1st class, U.S. Mail on May 1, 2015.

_David Raetzsch_
David Raetzsch

Motion                    3. of 3.